IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| DANA J. ARMSTRONG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV 04-582-S-LMB |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MBNA AMERICA N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Currently pending before the Court are Plaintiff's Motion to Vacate Arbitration Award (Docket No. 1) and Defendant's Motion to Dismiss Plaintiff's Motion to Vacate Arbitration Award (Docket No. 12). In the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, the Court will address and resolve the pending motions before it without a hearing. Having carefully reviewed the record, and otherwise being fully advised, the Court enters the following Order.

On November 18, 2004, Plaintiff Dana J. Armstrong, appearing *pro se*, initiated the instant lawsuit by filing a Motion to Vacate Arbitration Award (Docket No. 1). On February 28, 2005 all parties consented to proceed before a United States Magistrate Judge. *Consent to Proceed* (Docket No. 9). On March 30, 2005, the Court attempted to conduct a telephone status conference. *Minute Entry* (Docket No. 10). Plaintiff failed to appear, however, and the Court rescheduled the telephone status conference to April 14, 2005. On April 14, 2005, the Court

Order-1-

again attempted to conduct a telephone status conference. *Minute Entry* (Docket No. 11). Again, Plaintiff failed to appear.

On May 11, 2005, Defendant MBNA America N.A. filed a Motion to Dismiss Plaintiff's Motion to Vacate Arbitration Award (Docket No. 12). To date, Plaintiff has filed no response to the Motion. District of Idaho Local Civil Rule 7.1 provides that a party opposing a motion shall file a memorandum in opposition to the relief requested within twenty-one (21) days after being served with the memorandum in support of the motion. D. Id. L. Civ. R. 7.1(c)(1). To the extent that the non-moving party does not object to the relief requested in the motion, the party is required to file a notice of non-opposition to the court. D. Id. L. Civ. R. 7.1(a)(5). The failure to file either a notice of non-opposition or a memorandum in opposition to a motion may be deemed as a consent to the relief requested. D. Id. L. Civ. R. 7.1(f).

Because of Plaintiff's failure to respond during the allotted time period, and pursuant to District of Idaho Local Civil Rule 7.1(f), the Court hereby deems Plaintiff's failure to file either a notice of non-opposition, or a memorandum in opposition to Defendants' Motion to Dismiss as a consent to the relief requested as contemplated by the District of Idaho Local Civil Rules. Accordingly, the Court grants Defendant's Motion to Dismiss Plaintiff's Motion to Vacate Arbitration Award and consequently denies Plaintiff's Motion to Vacate Arbitration Award.

Based on the foregoing, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Vacate Arbitration Award (Docket No. 1) is DENIED.

2. Defendant's Motion to Dismiss Plaintiff's Motion to Vacate Arbitration Award (Docket No. 12) is GRANTED.

3. This matter is dismissed in its entirety.

4. The June 22, 2005 hearing scheduled in this matter is hereby VACATED.



DATED: **June 8, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge